UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Disability Support Alliance, on behalf of its members; and Scott Smith,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>PGJ Properties, LLC,<br><br>　　　　　　　　　　Defendant. | Case No. _____<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT TO FEDERAL COURT** |

To the Clerk of Court of the United States District Court for the District of Minnesota:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1446 and 1331, defendant PGJ Properties, LLC ("PGJ Properties") removes the above-captioned matter from the District Court of the Fourth Judicial District of the State of Minnesota. In support of this Notice of Removal, PGJ Properties states as follows:

　　　　1.　　On January 4, 2016, PGJ Properties was personally served with a Summons and Complaint captioned *Disability Support Alliance, on behalf of its members; and Scott Smith v. PGJ Properties, LLC*. The Summons and Complaint are captioned in the District Court of the Fourth Judicial District of the State of Minnesota. As of the filing of this Notice of Removal, the Summons and Complaint have not yet been filed in the state court. A copy of the Summons and Complaint is attached hereto as Exhibit A. Exhibit A constitutes all process, pleadings, and orders served upon PGJ Properties.

　　　　2.　　The United States District Court for the District of Minnesota has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because this is a civil action arising under the laws of the United States. Specifically, plaintiffs make a claim under the Americans with Disabilities Act, 42 U.S.C. § 12181, *et seq*.

3. The United States District Court for the District of Minnesota has supplemental jurisdiction over the state law claims alleged by plaintiffs in this action pursuant to 28 U.S.C. § 1367(a), specifically plaintiffs' claim pursuant to the Minnesota Human Rights Act, Minn. Stat. § 363A, and plaintiffs' claim of a Bias Offense pursuant to Minn. Stat. § 611A.79. Those state law claims are so related to the Americans with Disabilities Act claim in this action that the state law claims form part of the same case or controversy under Article III of the United States Constitution.

4. This Notice of Removal is being filed within 30 days after receipt by defendant PGJ Properties of a copy of the Summons and Complaint and is timely filed in accordance with 28 U.S.C. § 1446(b).

5. Venue is proper in the United States District Court for the District of Minnesota pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1391(b).

6. Upon filing this Notice of Removal, defendant PGJ Properties will promptly serve written notice of removal upon plaintiffs, and will file a true and correct copy of the Summons, Complaint, and Notice of Removal with the Clerk of the District Court of the Fourth Judicial District of the State of Minnesota.

7. This Notice of Removal does not waive any objections or defenses PGJ Properties may have in this matter.

8. Pursuant to 28 U.S.C. §§ 1441, 1446(a), (b), and (d), this state court action may be removed to the United States District Court for the District of Minnesota.

WHEREFORE, defendant PGJ Properties respectfully requests that the action now pending against it in the District Court of the Fourth Judicial District of the State of Minnesota be removed to the United States District Court for the District of Minnesota.

Dated: February 1, 2016		SHULMAN & BUSKE PLLC

		s/ Craig Buske
		David L. Shulman (#260721)
		Craig Buske (#390941)
		Shulman & Buske PLLC
		1005 W. Franklin Ave., Suite 3
		Minneapolis, MN 55405
		Tel: 612-870-7410
		Fax: 612-870-7462