UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Disability Support Alliance, on behalf of its members; and Scott Smith,<br><br>            Plaintiffs,<br><br>v.<br><br>PGJ Properties, LLC,<br><br>            Defendant. | **NOTICE OF DEFENDANT'S MOTION TO DISMISS**<br><br>Case No.  16-cv-217  (DSD/SER) |

To plaintiffs above-named and their counsel, Paul R. Hansmeier, 100 South Fifth Street, Suite 1900, Minneapolis, MN 55402:

    PLEASE TAKE NOTICE that at 9:00 a.m. on July 22, 2016, defendant PGJ Properties, LLC ("PGJ Properties") will move the Court pursuant to Federal Rule of Civil Procedure 12(b)(6) for an order dismissing plaintiffs' claims with prejudice. PGJ Properties' motion will be heard before the Honorable David S. Doty at United States District Court, 14W U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.  Plaintiffs will collectively have fifteen minutes to present oral arguments and defendant will have fifteen minutes to present oral arguments.  PGJ Properties' motion is based on all the files, records, and proceedings of the above-captioned action, including supporting submissions that will be filed in accordance with the Federal Rules of Civil Procedure and the procedures set forth in the February 4, 2016 Order regarding dispositive-motion practice in this matter.

Dated: February 4, 2016         SHULMAN & BUSKE PLLC

                    s/Craig Buske
                    David L. Shulman (#260721)
                    Craig Buske (#390941)
                    Shulman & Buske PLLC
                    1005 W. Franklin Ave., Suite 3
                    Minneapolis, MN 55405
                    Tel: 612-870-7410