UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Disability Support Alliance, on behalf of its members; and Scott Smith,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>PGJ Properties, LLC,<br><br>　　　　　　　Defendant. | **DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 12**<br><br>Case No. 16-cv-217 (DSD/SER) |

To plaintiffs above-named and their counsel, Paul R. Hansmeier, 100 South Fifth Street, Suite 1900, Minneapolis, MN 55402:

　　　PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 12(b)(6), defendant PGJ Properties, LLC ("PGJ Properties") moves the Court for an order dismissing plaintiffs' claims on the grounds that plaintiffs fail to state claims upon which relief can be granted and defendant PGJ Properties is entitled to judgment as a matter of law. PGJ Properties' motion is based on all the files, records, and proceedings of the above-captioned action, including supporting submissions that will be filed in accordance with the Federal Rules of Civil Procedure.

Dated: June 10, 2016　　　　　　SHULMAN & BUSKE PLLC

　　　　　　　　　　　　　　　　s/ Craig Buske
　　　　　　　　　　　　　　　　David L. Shulman (#260721)
　　　　　　　　　　　　　　　　Craig Buske (#390941)
　　　　　　　　　　　　　　　　Shulman & Buske PLLC
　　　　　　　　　　　　　　　　126 North Third Street, Suite 402
　　　　　　　　　　　　　　　　Minneapolis, MN 55401
　　　　　　　　　　　　　　　　Tel: 612-870-7410
　　　　　　　　　　　　　　　　Fax: 612-870-7462