UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DISABILITY SUPPORT
ALLIANCE, on behalf of its members;
and SCOTT SMITH,

    *Plaintiffs*,

v.

PGJ PROPERTIES, LLC,

    *Defendant*.

Case No. 0:16-cv-217-DSD-SER

## DECLARATION OF PAUL HANSMEIER

1. I am Plaintiffs' counsel. I submit this Declaration in connection with Plaintiffs' Notice of Recent Decision.

2. Attached hereto as Exhibit A is a true and correct copy of the Order issued on July 6, 2016 in the matter of *Hillesheim v. Casey's Retail Company*.

This declaration is submitted pursuant to 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 11, 2016.

    /s/ Paul R. Hansmeier
    Paul R. Hansmeier