UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DISABILITY SUPPORT ALLIANCE, on behalf of its members; and SCOTT SMITH,<br><br>*Plaintiffs*,<br><br>v.<br><br>PGJ PROPERTIES, LLC,<br><br>*Defendant*. | Case No. 0:16-cv-00217(DSD/SER)<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, that all claims asserted in the above-captioned case may be dismissed without prejudice and on the merits, and that this Court may enter an Order dismissing the action without prejudice and without costs, expenses, or disbursements to any party.

Dated: July 13, 2016

**SHULMAN & BUSKE PLLP**

By: /s/ Craig Buske
David L. Shulman (#260721)
Craig Buske (#390941)
Shulman & Buske PLLC
1005 W. Franklin Ave., Suite 3
Minneapolis, MN 55405
(612) 870-7410
ATTORNEYS FOR DEFENDANT

Dated: July 13, 2016

**CLASS JUSTICE PLLC**

By:   /s/ Paul R. Hansmeier
Paul R. Hansmeier (#387795)
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402
E-mail: mail@classjustice.org
Phone: (612) 326-9801
ATTORNEYS FOR PLAINTIFFS